IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| TROY ALLEN CAMPER, | ) | |
| | ) | Civil Action No. 1:14-cv-4801-MGL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | **ORDER** |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA) filed February 22, 2016. *See* 28 U.S.C. § 2412. Plaintiff and Defendant filed a Stipulation on March 1, 2016, in which the parties stipulate that Plaintiff shall be awarded $4,500.00 in attorney's fees under the EAJA, $16.00 for expenses, and $407.00 for costs.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

IT IS ORDERED that the Plaintiff's motion pursuant to the EAJA is granted in the amount of $4,500.00 in attorney's fees, $16.00 for expenses, and $407.00 for costs.

IT IS SO ORDERED.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2016
Columbia, South Carolina