# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| TROY ALLEN CAMPER,<br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br>    Defendant. | Civil Action No. 1:14-04801-MGL<br><br><br>ORDER |

On April 3, 2018, Counsel for the Plaintiff, W. Daniel Mayes, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. § 406(b). ECF No. 26. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $24,224.25, which amounts to twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. On April 9, 2018, Defendant filed a response indicating she does not object to the motion for attorneys' fees. ECF No. 27. The Court has reviewed Plaintiff's Counsel's fee petition and supporting documents submitted with the petition, including the signed fee agreement between Plaintiff and his Counsel, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), is granted in the amount of $24,224.25. Plaintiff's attorney must refund to Plaintiff the amount of $4,500.00, representing the attorney's fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**IT IS SO ORDERED.**

                                                  s/ Mary Geiger Lewis
                                                  MARY GEIGER LEWIS
                                                  UNITED STATES DISTRICT COURT JUDGE

Dated: April 24, 2018
Columbia, South Carolina